# UNITED STATES DISTRICT COURT
для
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brandon Bendall | ) | Case No. |
| | ) | 25-MJ-7214-JCB |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1.15.25 and 5.12.21 - 1.14.25__ in the county of __Plymouth__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Reciept of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Katelin J. Ehrhardt.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Katelin J. Ehrhardt, FBI Special Agent
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 05/01/2025

_____
*Judge's signature*

City and state: Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*