**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Wareham   **Category No.** II   **Investigating Agency** FBI

**City** Wareham   **Related Case Information:**
**County** Plymouth

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number  25-MJ-7214-JCB
Search Warrant Case Number  24-MJ-7011-JCB, 24-MJ-7012-JCB
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☐ No

**Defendant Information:**

**Defendant Name**  Brandon Bendall   Juvenile:  ☐ Yes  ☐ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☐ No

Alias Name: _____
Address: _____

Birth date (Yr only): ___  SSN (last 4#): ___  Sex: ___  Race: ___  Nationality: ___

**Defense Counsel if known:** _____   **Address:** _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: David G. Tobin   Bar Number if applicable: 552558

**Interpreter:**  ☐ Yes  ☒ No   List language and/or dialect: _____

**Victims:**  ☐ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☒ Yes  ☐ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**  ☒ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/1/2025   Signature of AUSA:  /s/ David G. Tobin

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Brandon Bendall

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**